■ FRIESCH-GRONINGSCHE HYPOTHEEKBANK REALTY CREDIT CORP., Respondent, v BROOKE ASSOCIATES, Appellant, et al., Defendants. [621 NYS2d 897] —In an action to foreclose a mortgage, the defendant Brooke Associates appeals from an order of the Supreme Court, Nassau County (Molloy, J.), entered July 16, 1993, which granted the plaintiff's motion for summary judgment.

Ordered that the order is affirmed, with costs.

The plaintiff established its prima facie entitlement to summary judgment by offering proof of the existence of a mortgage and the defendant's default thereon. Thus, upon the defendant's failure to establish, by admissible evidence, that a triable issue of fact existed, the Supreme Court properly granted the plaintiff's motion *(see, Prudential Ins. Co. v Hamilton Plaza Co.,* 209 AD2d 498). Miller, J. P., Joy, Krausman and Goldstein, JJ., concur.